IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. **GUY GEORGE PARENTEAU,** Defendant. | CR 24-91-BLG-SPW <br><br> PRELIMINARY ORDER OF FORFEITURE |

Before the Court is the United States' Unopposed Motion for a Preliminary Order of Forfeiture (Doc. 28). Defendant Guy George Parenteau appeared before the Court on August 27, 2024, and entered a plea of guilty to Count 1 of the Indictment. Parenteau's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that the motion (Doc. 28) is **GRANTED.**

IT IS FURTHER ORDERED that Guy George Parenteau's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

1

- Remington, model 700, .308 caliber, bolt-action rifle, serial no. S6729150; and

- Remington, model 700, .270 caliber, bolt-action rifle, serial no. G7018090

IT IS FURTHER ORDERED that the United States Marshals Service and the Bureau of Alcohol, Tobacco, Firearms and Explosives shall seize the property subject to forfeiture and further shall make a return as provided by law.

IT IS FURTHER ORDERED that the United States shall provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and shall make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture and in any event this Order shall become final as to Mr. Parenteau at sentencing and is incorporated into

any judgment issued in this case pursuant to Federal Rule of Criminal Procedure 32.2(b)(4)(A)-(B).

DATED this 19th day of September, 2024.

*Susan P. Watters*
Susan P. Watters, District Judge
United States District Court