# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 24-91-BLG-SPW** |
| **Plaintiff,** | |
| vs. | **FINAL ORDER OF FORFEITURE** |
| **GUY GEORGE PARENTEAU,** | |
| **Defendant.** | |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture (Doc. 32). Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d).

2. A Preliminary Order of Forfeiture was entered on September 19, 2024. (Doc. 30).

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 18 U.S.C. § 924(d).

4. It appears Gary Pulver of Northside Pawn is the innocent third party owner of the property.

1

IT IS ORDERED:

THAT the Motion for Final Order of Forfeiture (Doc. 32) is GRANTED;

The United States is directed to return the following property to Gary Pulver of Northside Pawn:

- Remington, model 700, .308 caliber, bolt-action rifle, serial no. S6729150; and

- Remington, model 700, .270 caliber, bolt-action rifle, serial no. G7018090.

DATED this 4th day of December, 2024.

Susan P. Watters, U.S. District Judge
United States District Court